AO 440 (Rev. 06/12) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 17-13088
Hon. Gershwin A. Drain

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bloomin' Brands, Inc
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Bloomin Brands, Inc. , who is
designated by law to accept service of process on behalf of *(name of organization)* Bloomin' Brands, Inc.
on *(date)* 10/02/17 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ 7.92 for travel and $ _____ for services, for a total of $ 7.92 .

I declare under penalty of perjury that this information is true.

Date: 10-9-17

*Server's signature*

Jonathan C. Hirsch
*Printed name and title*

59 N. Walnut, Ste. 304, Mt. Clemens, MI 48043
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Bloomin' Brands, Inc.* ☐ Agent ☐ Addressee<br>*2202 N. West Shore Blvd.*<br>B. Received by (Printed Name)   C. Date of Delivery<br>*5th Floor*   10/02/2017<br>*33607-5*   *Tampa* |
| 1. Article Addressed to:<br><br>RA: Bloomin Brands, Inc.<br>2202 N. West Shore Blvd.<br>5th Floor - Legal Dept.<br>Tampa, Fla 33607 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 2211 6193 8159 15 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>   Insured Mail Restricted Delivery<br>   (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☑ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7012 2210 0000 7780 6300 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.82 |
| Certified Fee | 3.35 |
| Return Receipt Fee (Endorsement Required) | 2.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.92 |

Postmark Here

Sent To: RA: Bloomin Brands, Inc.
Street, Apt. or PO Box: 2202 N. West Shore Blvd.
City, State: 5th Floor - Legal Dept.
Tampa, Fla 33607

7012 2210 0000 7780 6300