UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L<small>AKIN ET AL.</small>,

    Plaintiffs,

    v.

B<small>LOOMIN'</small> B<small>RANDS</small>, I<small>NC.</small>, <small>ET AL.</small>,

    Defendants.

_____/

Case No. 17-cv-13088

U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> C<small>OURT</small> J<small>UDGE</small>
G<small>ERSHWIN</small> A. D<small>RAIN</small>

## ORDER GRANTING MOTION FOR ENTRY OF PROPOSED PROTECTIVE ORDER [#86]

Before the Court is Defendant Gallagher Bassett Services, Inc.'s Motion for Entry of Proposed Protective Order. Dkt. No. 86. This Court held a hearing on the matter on September 24, 2018. For the reasons stated on the record, this Court will GRANT Defendant's Motion. Defendant is required to refile its proposed protective order removing the stipulated language. Defendant is also required to produce the withheld discovery by Friday, September 28, 2018.

    SO ORDERED.

Dated:    September 24, 2018

                                    s/Gershwin A. Drain
                                    H<small>ON.</small> G<small>ERSHWIN</small> A. D<small>RAIN</small>
                                    United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 24, 2018, by electronic and/or ordinary mail.

                                                s/Julie Owens
                                                Case Manager